1  Ryan Lee, Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   EUGENE PASQUALE

5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| EUGENE PASQUALE, | ) | Case No.: 11-cv-05263 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSAL DATA SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, EUGENE PASQUALE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: December 5, 2011        KROHN & MOSS, LTD.


By: /s/ Ryan Lee                              _

        Ryan Lee
        Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on December 5, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee

Ryan Lee, Esq.