```
1  Ryan Lee, Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   EUGENE PASQUALE
5
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| EUGENE PASQUALE, | ) | Case No.: 11-cv-05263 |
|---|---|---|
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| v. | ) | |
| UNIVERSAL DATA SERVICES, LLC | ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, EUGENE PASQUALE, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 7, 2011                             KROHN & MOSS, LTD.


                                                    By:/s/ Ryan Lee

                                                    Ryan Lee
                                                    Attorney for Plaintiff,
                                                    EUGENE PASQUALE